1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-00391-GW |
|---|---|
| Plaintiff, | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS |
| v. | (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| Ronald Kevin Shelton | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (×) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (×) information in the Pretrial Services Report and Recommendation

    (×) information in the violation petition and report(s)

    (×) the defendant's nonobjection to detention at this time

    ( ) other: _____

1

|   |   |   |
|---|---|---|
| 1 |   | and/ or |
| 2 | B. (×) | The defendant has not met his/her burden of establishing by clear and |
| 3 |   | convincing evidence that he/she is not likely to pose a danger to the safety |
| 4 |   | of any other person or the community if released under 18 U.S.C. |
| 5 |   | § 3142(b) or (c).  This finding is based on the following: |
| 6 |   | (×)   information in the Pretrial Services Report and Recommendation |
| 7 |   | (×)   information in the violation petition and report(s) |
| 8 |   | (×)   the defendant's nonobjection to detention at this time |
| 9 |   | ( )   other: _____ |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated:  1/17/2024

_____
SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE